IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCANDINAVIAN SHIP SUPPLY CO. and JOSEPHINE JANSSON | : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 12-1732 |
| v. | : : | |
| JANE BLUMENFELD, Defendant. | : : | |

# ORDER

**AND NOW**, this 14th day of May, 2015, upon consideration of Defendant's "Motion for Summary" (Doc. No. 63), "Plaintiffs' Response to Defendant Jane Blumenfeld's Motion for Summary Judgment" (Doc. No. 66) and "Reply of Defendant Jane Blumenfeld to Plaintiff's Response to Defendant's Motion for Summary Judgment" (Doc. No.67), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the Defendant. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**